UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Asim Ameen,<br><br>      Plaintiff,<br><br>      v.<br><br>Mount Snow, Ltd.,<br><br>      Defendant. | Civil Action No. 2:23–cv–523 |

## ORDER

On or before November 27, 2023, Plaintiff and Defendant shall return executed their Magistrate Judge Assignment Forms in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 17th day of November 2023.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge